# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY56 | E 2819232 | JAMES | 0157 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/30/2026 1646 | MTA 13-401(b1) |

Place of Offense

W/B SUITLAND W/O NAYLOR Rd.

Offense Description: Factual Basis for Charge HAZMAT ☐

UNREGISTERED VEHICLE

**DEFENDANT INFORMATION** Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| DANIELS | TAYLOR | D. |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 2121 9 CM | MO | 00 | VOLVO XC70 | | BLK |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 290 Forfeiture Amount

+ $30 Processing Fee

$ 320 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| TBD | Date: TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____________________

Original - CVB Copy

CVB SCAN 09/16/2026 14:15

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on ________, 20____ while exercising my duties as a law enforcement officer in the ________ District of ________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/16/2026 14:15